UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 3:13cr56/MCR/HTC
  3:16cv442/MCR/HTC

JOSHUA DOUGLAS TAYLOR
_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 28, 2019. ECF No. 77. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a *de novo* determination of the timely filed objections, ECF No. 80.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 77, is adopted and incorporated by reference in this Order.

2. The motion to vacate, set aside, or correct sentence, ECF No. 59, is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 11th day of July 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**